# CRIMINAL MINUTES – GENERAL

Case No.  2:17-cr-00579-RSWL-1  Date: December 6, 2018

Present: The Honorable: RONALD S.W. LEW, UNITED STATES DISTRICT JUDGE

Interpreter

| Kelly Davis / Rolls Royce Paschal | Marea Woolrich | Lauren Restrepo / Keith Ellison |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Nicholas Andrew Hanna | Waiver | | X | Craig Harbaugh, DFPD<br>Julia Deixler, DFPD | X | X | |

**Proceedings:** STATUS CONFERENCE / MOTIONS IN LIMINE

Court and counsel confer. The status conference is held. The Court rules as follows:

**Motions in Limine:**

Docket 61 - Admit Additional Portions of Defendant's Recorded Statement:
(1) Deny Motion as to Segment 1 proffered by Defendant.
(2) Deny Motion as to Segment 2 proffered by Defendant, so long as the Government modifies its Exhibit D [68-4] by eliminating lines 3 and 4 on page 2 (same language as appears in Defendant's Ex. 1 at 30:16-17 [69-1]); and modifies its Exhibit C by removing line 36 on page 3. (same language as appears in Defendant's Ex. 1 at page 28, line 8.) [68-3]
(3) Deny Motion as to Segment 3 proffered by Defendant.

Docket 63 - Attorney Voir Dire:
Deny Motion. Counsel for both parties should propose voir dire questions to be asked by the Court, and the Court will permit Counsel to request that the Court ask follow-up questions at side-bar.

Docket 64- Exclude References to Police Call for "Indecent Exposure":
Grant Motion as to the specific reference to an incident of "indecent exposure."

Docket 65- Preclude Reference to P.T. as a "Victim"
Deny Motion. However, the Government should prompt witnesses to not use the term "victim" and the Government should avoid using the term other than in closing argument.

**Disputed Jury Instructions**

Disputed Jury Instruction No. 1 (Elements of the Abusive Sexual Contact - 18 U.S.C. 2244(b))

The Court adopts the Ninth Circuit Model Criminal Jury Instruction as prepared without modifications.

Disputed Jury Instruction No. 2 (Permission - Defined)

The Court adopts the definition of "permission" as proposed by Defendant. However, the definition will be modified such that the first clause (" Permission is defined as: The act of permitting . . . or authorization") will remain, but the second clause ("a license or liberty to do something") shall be omitted.

As such, the rulings on the Jury instructions are complete, and the parties shall email chambers a word version with a clean version of the instructions.

The Court will not issue a written order.

Cc

**Initials of Deputy Clerk**  :55  kd / rrp